**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE APPLICATION OF
E.M.I.S. Finance B.V.
Pursuant to 28 U.S.C. § 1782
For Judicial Assistance in
Obtaining Evidence in this District

**Case No. 1:25-mc-00476-LJL**

### ORDER GRANTING EX PARTE APPLICATION
### FOR LEAVE TO OBTAIN DISCOVERY PURSUANT TO 28 U.S.C. § 1782

This matter came before the Court on the *ex parte* Application (*the Application*) of E.M.I.S. Finance B.V. (*the Applicant*) pursuant to 28 U.S.C. § 1782 for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding, and specifically seeking documents from Citibank, N.A. ("Citibank"), Deutsche Bank Trust Company Americas ("DBT") and J.P. Morgan Chase & Co. ("J.P. Morgan") for use in a reasonably contemplated proceeding to be filed by Applicant in the courts of the United Arab Emirates.

The Court having fully considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Application.  It is further **ORDERED** that the Applicant is granted leave to issue subpoenas for documents in substantially the same forms as those attached as exhibits to the Application, directing Citibank, DBT and J.P. Morgan to produce the documents requested in the subpoenas at the offices of counsel for the Applicant, Sive, Paget & Riesel, P.C., 560 Lexington Avenue, New York, NY 10022, or another location mutually agreeable to the Applicant, Citibank, DBT and J.P. Morgan.

The Court shall retain jurisdiction to enforce this Order.

**IT IS SO ORDERED** on this ___28th___ day of _____October_____, 2025.

_____
Honorable Lewis J. Liman
United States District Judge

This Order is without prejudice to the rights of the target of the application or the recipients of the subpoenas to challenge either the Section 1782 application or the subpoenas issued thereunder.