UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of E.M.I.S. Finance B.V. Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence in this District. | 25-MC-0476 (JGK) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The letter motion for a stay (ECF 27) is GRANTED. The opposition to the motion to quash shall be due on **January 9, 2026**. The reply shall be due on **January 16, 2026**. The Clerk of Court is respectfully requested to terminate **ECF 27**.

Dated: December 30, 2025
    New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**