UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of E.M.I.S. Finance B.V. Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence in this District. | 25-MC-0476 (JGK) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on January 30, 2026, the parties are directed to meet and confer further and to advise the Court before **February 20, 2026** if they are able to resolve their dispute without Court intervention.

Dated: January 30, 2026
      New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**