UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE E.M.I.S. FINANCE B.V,

|  |  |  |
|---|---|---|
| | Petitioner | 25-mc-476 (JGK) |

FOR AN ORDER PURSUANT TO 28 U.S.C                    <u>ORDER</u>
§ 1782 TO TAKE DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS

---

JOHN G. KOELTL, District Judge:

The intervenors may respond to the Applicant's Limited

Objections (ECF No. 47) to the Magistrate Judge's Report and

Recommendation (ECF No. 44) by **March 30, 2026.** The Applicant may

reply by **April 3, 2026.**

SO ORDERED.

Dated:      New York, New York
            March 23, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge