UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of E.M.I.S. Finance B.V. Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence in this District. | 25-MC-0476 (JGK) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  EMIS and Respondents shall meet and confer and submit a proposed order setting out

the details of the protective order and provisions for reciprocal discovery by **May 6, 2026**.

Dated: April 29, 2026
    New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**