# SIVE | PAGET | RIESEL

**KAYLEY MCGRATH**
DIRECT DIAL: 646.378.7200
KMCGRATH@SPRLAW.COM

May 6, 2026

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

      Re:   *In Re: E.M.I.S. Finance B.V.*,
           Case No.: 1:25-mc-00476-JGK-RFT
           Letter Motion for Extension Regarding Submission of Final
           Proposed Protective Order

Dear Judge Tarnofsky:

Pursuant to the Court's Order (ECF No. 56), E.M.I.S. Finance B.V. ("EMIS") submits this draft proposed protective order (attached hereto as Exhibit 1), and respectfully requests leave of Court to submit a final proposed protective order, with approval of all Respondent banks and the Intervenors, by May 13, 2026.

EMIS has been diligently conferring with Intervenors' counsel to prepare a proposed protective order that would specifically address confidentiality, disclosure and filing issues in the litigation between EMIS and Intervenors currently pending in the UAE. EMIS and the Intervenors are still working with their respective UAE counsel to finalize language addressing filing and confidentiality in the UAE action, which the Court will find in paragraph 3 of the draft proposed protective order.

Other than paragraph 3, all other language in the attached draft proposed protective order has been accepted by both EMIS and the Intervenors.

Respondents Deutsche Bank Trust Company Americas ("DBT"), and J.P. Morgan Chase Bank, N.A. ("J.P. Morgan") have also approved the draft proposed protective order attached hereto. However, to date, despite ongoing efforts, EMIS has been unsuccessful in communicating with Respondent Citibank, N.A. ("Citibank") regarding the draft proposed protective order. EMIS will continue its efforts to try to confer with Citibank regarding the draft proposed protective order.

The draft proposed protective order attached hereto differs in certain respects from the Court's Confidentiality Stipulation and Proposed Protective Order, principally to suit the context of this action (a proceeding under 28 U.S.C. § 1782) and to include an additional provision addressing confidentiality in the UAE action. No party has expressed any opposition to these deviations from the Court's model order. EMIS intends to submit a blackline to the Court's model

Honorable Robyn F. Tarnofsky
May 6, 2026
Page 2 of 2

protective order when the final proposed protective order is filed, in accordance with the Court's Individual Rule II(D).

For these reasons, EMIS respectfully requests that the Court enter an Order extending the deadline to submit a final proposed protective order through May 13, 2026 (from May 6, 2026). The undersigned certify that they have conferred with counsel for the Intervenors, who do not oppose the requested relief. This is the first request for an extension of this deadline.

Thank you for Your Honor's consideration.

Application GRANTED. The deadline to submit a final proposed protective order is extended to **May 13, 2026**. The Clerk of Court is respectfully requested to terminate ECF 57.

Dated: May 7, 2026
    New York

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Kayley R. McGrath

SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th floor
New York, NY 10022
Phone: (646) 378-7200
Email: kmcgrath@sprlaw.com

/s/ Kevin C. Kaplan
Kevin C. Kaplan, Esq.
*(pro hac vice)*
Florida Bar No. 933848
kkaplan@coffeyburlington.com
Scott A. Hiaasen, Esq.
*(pro hac vice)*
Florida Bar No. 103318
shiaasen@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

*Attorneys for E.M.I.S. Finance B.V.*